

February 5, 2020

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2020____

Re: *Vila v. Calzedonia USA Inc. (1:20-cv-46-LL)*

Dear Judge Liman,

We represent Plaintiff, Carlos Vila, in the above in-captioned case. We respectfully request that the initial conference scheduled for February 10, 2020 be adjourned until after Defendant has answered the Complaint which is due on February 20, 2020. This will allow the parties to continue to discuss settlement and try to get the matter resolved. The Defendant consents to this adjournment.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Carlos Vila*

APPLICATION GRANTED. The initial conference set for February 10, 2020 is adjourned to March 25, 2020 at 11:00 a.m. The parties are instructed to jointly submit a proposed Case Management Plan and Scheduling Order by March 18, 2020 at 5:00 p.m. SO ORDERED. 2/5/2020.

LEWIS J. LIMAN
United States District Judge